SYLVAN G. BUSHEY, appellant,

*v.*

NATIONAL STATE BANK OF CAMDEN and HEULINGS LIPPINCOTT, respondents.

[Argued November 30th, 1908.   Decided March 1st, 1909.]

On appeal from a decree of the chancellor, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 466.*

*Mr. Ralph W. E. Donges,* for the appellant.

*Mr. Edward Dudley,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Chancellor Magie, delivered in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—14.

*For reversal*—None.